No. 2. GREAT ATLANTIC & PACIFIC TEA CO. ET AL. *v.* MAXWELL, COMMISSIONER OF REVENUE. Argued October 15, 1931. Decided October 26, 1931. *Per Curiam:* Judgment affirmed. *State Board of Tax Commissioners* v. *Jackson,* 283 U. S. 527.

MR. JUSTICE VAN DEVANTER and MR. JUSTICE SUTHERLAND concur in the judgment solely upon the ground that the decision in *State Board of Tax Commissioners* v. *Jackson, supra,* is in point and controlling; but if the question were still open they would regard the taxing act as repugnant to the equal protection clause of the fourteenth amendment for the reasons stated in the dissenting opinion in the *Jackson* case.

MR. JUSTICE MCREYNOLDS and MR. JUSTICE BUTLER are of opinion that the challenged judgment should be reversed.

*Mr. John W. Davis,* with whom *Messrs. Edward H. Green, Martin A. Schenck, Charles W. Tillett, Jr., Clark McKercher, W. H. Dannat Pell,* and *Edward H. Holloway* were on the brief, for appellants. *Mr. Dennis G. Brummitt,* Attorney General of North Carolina, with whom *Messrs. Frank Nash, Walter D. Siler,* and *A. A. F. Seawell,* Assistant Attorneys General, were on the brief, for appellee. *Mr. J. Fraser Lyon,* by leave of Court, filed a brief on behalf of the Tax Commission of South Carolina, as *amicus curiae.*